UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RYAN SHOWALTER,

    *Plaintiffs*,

v.

NORTHSTAR LOCATION SERVICE, LLC,

    *Defendant.*

STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS

Civil Action No. 09-cv-0471

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P 41(a)(1)(ii) and Rule 2104 of the NY C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: August ___, 2009

LEMBERG & ASSOCIATES L.L.C.

By: _____
  Sergei Lemberg

*Attorneys for Plaintiff*
*Ryan Showalter*
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
E-mail: slemberg@lemberglaw.com

DATED: August ___, 2009

HISCOCK & BARCLAY, LLP

By: _____
  Brian G. Manka

*Attorneys for Defendant*
*Northstar Location Services*
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
Telephone: (716) 566-1300
E-mail: bmanka@hblaw.com

BUL1B01\779763\1
023584-301090D

STATE OF Washington )
COUNTY OF Thurston ) ss.

On the 6 day of August, 2009, before me, the undersigned, a Notary Public in and for said State, personally appeared Ryan Showalter, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in their capacity and that by his signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

Notary Public